BLD-391                                                  September 27, 2007

### UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 07-2672

07 mc 180

IN RE: WILLIAM J. HAWKINS

Present: MCKEE, FUENTES AND VAN ANTWERPEN, CIRCUIT JUDGES

Submitted are:

(1) Petitioner's application under 28 U.S.C. § 2244 to file a second or successive habeas corpus petition under 28 U.S.C. § 2254; and

(2) Petitioner's motion for the appointment of counsel

in the above-captioned case.

Respectfully,

Clerk

MMW/BNB/crg

_____ORDER_____

The foregoing application under 28 U.S.C. § 2244 to file a second or successive habeas corpus petition under 28 U.S.C. § 2254 is denied. Petitioner has not presented any newly discovered evidence and his claims do not involve a new rule of constitutional law. See 28 U.S.C. § 2244(b)(2). Petitioner's motion for the appointment of counsel is likewise denied. Tabron v. Grace, 6 F.3d 147, 155 (3d Cir. 1993).

By the Court,

/s/ Julio M. Fuentes
Circuit Judge

A True Copy:

Dated: October 18, 2007
CRG/cmh/cc: WJH, AGE

Marcia M. Waldron, Clerk